# GIBSON DUNN

Helgi C. Walker
Partner
T: +1 202.887.3599
M: +1 202.906.0848
hwalker@gibsondunn.com

January 13, 2026

Via CM/ECF

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:     *Sprint Corp. v. FCC*, No. 24-1224; *T-Mobile USA, Inc. v. FCC*, No. 24-1225

Dear Mr. Cislak:

I write in response to the FCC's letter regarding the Supreme Court's decision to grant the petitions for writs of certiorari in *FCC v. AT&T, Inc.*, No. 25-406, and *Verizon Communications Inc. v. FCC*, No. 25-567, which arose out of similar forfeiture orders as the ones challenged here.

The FCC contends that because the Supreme Court has granted review of the constitutional question at issue in this case, "further review of the same question in this Court is unnecessary." But this Court already denied the FCC's motion to hold this case in abeyance on December 22, 2025.

Petitioners respectfully request that the Court proceed to resolve the rehearing petition, which has been pending since September 22, 2025.

Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker

GIBSON, DUNN & CRUTCHER LLP
*Counsel for Petitioners*

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com